THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. VOELKEL et al., as Surviving Executors of EMIL BOMMER, Deceased, Appellant, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.

Argued April 20, 1945; decided May 24, 1945.

*Charles A. Kussmaul* and *Carl S. Heidenreich* for appellants.
*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.